UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

RIA R SQUARED, INC.,
Plaintiff,

-v-

SHINHAN SECURITIES CO., LTD,
Defendant.

---------------------------------------X

26cv6748 (DLC)

ORDER

DENISE COTE, District Judge:

On August 7, 2026, the plaintiff filed a notice of removal from state court to this Court. The plaintiff then filed a motion to transfer this case to the United States District Court for the Southern District of Florida on August 11. Proof of service has not been filed. Accordingly, it is hereby

ORDERED that plaintiff shall promptly serve the defendant with the notice of removal, the motion papers, and this Order and file proof of service on the docket.

IT IS FURTHER ORDERED that the defendant's opposition, if any, to the motion to transfer venue is due two (2) weeks after service is executed.

Dated: New York, New York
August 13, 2026

Denise Cote

DENISE COTE
United States District Judge