**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RIA R SQUARED, INC.,** **Case No. 26-cv-6748**

**Plaintiff,**

**v.**

**SHINHAN SECURITIES CO., LTD.,**

**Defendant.**

_______________________________________/

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO TRANSFER VENUE

Upon consideration of Plaintiff RIA R Squared, Inc.'s *Motion to Transfer Venue*, the supporting memorandum, the Notice of Removal and the record, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** pursuant to 28 U.S.C. § 1412 to the extent applicable and independently pursuant to 28 U.S.C. § 1404(a).

2. The Clerk of Court shall transfer this action to the United States District Court for the Southern District of Florida, Miami Division, in accordance with this Court's Local Civil Rules and ordinary inter district transfer procedures.

3. Nothing in this Order determines whether any claim is core or non core, whether the bankruptcy court may enter final judgment on any claim, whether any party has or has waived a jury trial right, or whether any claims should be consolidated, coordinated, stayed, or separately tried after transfer.

4. After transfer, the proceeding shall be subject to the *Southern District of Florida's Administrative Order 2024-84* and any further order of the transferee court or the United States Bankruptcy Court for the Southern District of Florida, including any application concerning

coordination with *RIA R Squared, Inc. v. Shinhan Securities Co., Ltd.*, Adv. Pro. No. 26 01268 CLC.

5. The Clerk shall close this case on this Court's docket upon completion of the transfer.

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

UNITED STATES DISTRICT JUDGE